___FILED   ___RECEIVED
___ENTERED   ___SERVED ON
              COUNSEL/PARTIES OF RECORD

MAR 2 2 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v. Benancio Cisneros-Caro<br><br>Defendant. | Case No. 2:24-cr-0045-JAD-BNW<br><br>ORDER |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of this Order. The defendant's "A" number is __the one associated with his name__.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), __Las Vegas__, Nevada.

DATED this __22__ of __March__, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE

___FILED   ___RECEIVED
___ENTERED   ___SERVED ON
              COUNSEL/PARTIES OF RECORD

MAR 2 2 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY